**Larken ALEXANDER, Plaintiff–Appellant,**

v.

**CHRYSLER MOTORS, Defendant–Appellee.**

No. 13–3022.

United States Court of Appeals, Eighth Circuit.

Submitted: July 7, 2014.

Filed: July 14, 2014.

---

Before BYE, COLLOTON, and BENTON, Circuit Judges.

PER CURIAM.

Larken Alexander appeals the district court's[1] dismissal of his complaint asserting employment-discrimination claims under Title VII of the Civil Rights Act of 1964 (Title VII) and the American with Disabilities Act (ADA) against his former employer, Chrysler Motors. Upon de novo review, we conclude that the district did not err in granting Chrysler's motion to dismiss Alexander's complaint, based on his failure to file a timely discrimination charge with the Equal Employment Opportunity Commission (EEOC). *See* 42 U.S.C. § 2000e–5(e)(1) (under Title VII, EEOC charge must be filed within 180 days of when alleged unlawful employment practice occurred; 300–day filing period applies if person initially instituted state or local agency proceedings); 42 U.S.C. § 12117(a) (§ 2000e–5 applies to ADA); *Nat'l R.R. Passenger Corp. v. Morgan*, 536 U.S. 101, 109–110, 122 S.Ct. 2061, 153 L.Ed.2d 106 (2002) (timely EEOC charge is mandatory). Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Jean C. Hamilton, United States District Judge for the Eastern District of Missouri.